**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer**

Civil Action No. 10-cv-00077-PAB-KLM

PRUDENCIA MALDONADO, et al.,

    Plaintiffs,

v.

MOHRLANG MFG, INC., et al.,

    Defendants.
_____

**ORDER OF DISMISSAL WITHOUT PREJUDICE**
_____

    THIS MATTER comes before the Court upon plaintiffs' Motion for Dismissal Without Prejudice [Docket No. 3]. The Court has reviewed the pleading and is fully advised in the premises. It is

    **ORDERED** that the Motion for Dismissal Without Prejudice [Docket No. 3] is GRANTED. It is further

    **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

    DATED January 21, 2010.

                                      BY THE COURT:

                                      s/Philip A. Brimmer
                                      PHILIP A. BRIMMER
                                      United States District Judge